IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:19-cv-00242-D

SILENA DUNAWAY,                          )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )
                                         )       **REMAND ORDER**
ANDREW SAUL, COMMISSIONER                )
OF SOCIAL SECURITY,                      )
                                         )
            Defendant.                   )
                                         )

This matter is before the Court on plaintiff's Motion for Judgment on the

Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff's

counsel consented to the Defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the

Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands

the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*,

509 U.S. 292, 296–97 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97–98 (1991).

SO ORDERED. This __14__ day of January 2020.


                              _____
                              JAMES C. DEVER III
                              UNITED STATES DISTRICT JUDGE