UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SILENA DUNAWAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:19-CV-242-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on January 14, 2020, and Copies To:**
Charlotte Williams Hall                                   (via CM/ECF electronic notification)
Gabriel R. Deadwyler                                      (via CM/ECF electronic notification)


DATE:                                          PETER A. MOORE, JR., CLERK
January 14, 2020                               (By) /s/ Nicole Sellers
                                                Deputy Clerk