IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:19-cv-00242-D

SILENA DUNAWAY, )
    Plaintiff, )
  v. )
                                ) **ORDER**
KILOLO KIJAKAZI, ACTING )
COMMISSIONER OF SOCIAL )
SECURITY, )
    Defendant. )

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), seeking an award of $11,137.25. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). In this case, the Commissioner has withheld a total of $11,137.25, representing 25 percent of past due benefits paid to Plaintiff. The Court previously awarded Plaintiff attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5,010.00.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ __11,137.25__, and refund to Plaintiff the smaller award between this amount and the EAJA award.

This __24__ day of September 2021.

                                                          */s/ J. Dever*
                                                          JAMES C. DEVER III
                                                          UNITED STATES DISTRICT JUDGE