UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SILENA DUNAWAY, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
  v. )
) **CASE NO. 5:19-CV-242-D**
KILOLO KIJAKAZI, Acting Commissioner of )
Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $11,137.25, and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on September 24, 2021, and Copies To:**
| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Gabriel R. Deadwyler | (via CM/ECF electronic notification) |

DATE:                              PETER A. MOORE, JR., CLERK
September 24, 2021           (By) /s/ Nicole Sellers
                                          Deputy Clerk